Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
**SILVESTRI LLC**
5725 S. Valley View Blvd., Suite 5-902925
Las Vegas, NV 89118
Tel: (702) 908-3698
phillip@silvestri.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SHAHIN SHARILI, *on behalf of himself and all others similarly situated,*

Plaintiff,

v.

ELDORADO RESORTS LLC, *and DOES 1 Through 50, inclusive,*

Defendant(s).

______________________________________/

CASE NO.: 2:26-cv-03047

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

**[First Request]**

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A), the Parties, by and through their respective counsel of record, respectfully submit the following stipulation to allow Defendant Eldorado Resorts, LLC. ("Defendant") additional time to file a responsive pleading to Plaintiff's Complaint filed on September 22, 2026 [ECF 1]. Defendant's response is currently due on October 16, 2026. Good cause exists for the requested extension given the nature and scope of the allegations asserted in the Complaint, both on an individual basis and on behalf of a putative class and collective. Counsel has recently been retained, and additional time is necessary to conduct a thorough investigation and review relevant records and information to ensure that Defendant adequately and meaningfully addresses the allegations and prepare its response to the Complaint. The Parties have agreed to allow Defendant through and until October 30, 2026, to respond to the Complaint. The extension will allow Defendant sufficient time to appropriately review, investigate, and respond to the Complaint.

This is Defendant's first request for an extension of time to respond to the Motion and is not made for the purpose of delay.

Dated: October 16, 2026

Respectfully submitted,

**SILVESTRI LLC**

/s/ Phillip A. Silvestri
Phillip A. Silvestri, Esq.
NV Bar No. 11276
5725 S. Valley View Blvd., Suite 5-902925
Las Vegas, NV 89118
Tel: (702) 908-3698
phillip@silvestri.com

Myrna Maysonet, Esq.
Florida Bar No. 429650
*(Pro Hac Vice application to be submitted)*
**GREENSPOON MARDER LLP**
201 East Pine Street, Suite 500
Orlando, Forida 32801
Tel: (407) 425-6559
Fax: (407) 563-9661
Myrna.maysonet@gmlaw.com
Roger.Carvalho@gmlaw.com
Moneka.Simpson@gmlaw.com

Alejandro I. Leiva, Esq.
Florida Bar No. 118309
*(Pro Hac Vice application to be submitted)*
Hannah Rarick, Esq.
Florida Bar No. 1059620
*(Pro Hac Vice application to be submitted)*
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Alex.leiva@gmlaw.com
Hannah.rarick@gmlaw.com
Marcela.moreno@gmlaw.com
*Attorneys for Defendant*

**THIERMAN BUCK LLP**

*/s/ Joshua D. Buck*
Leah Lin Jones, Esq.
Nevada Bar No. 13161
Joshua D. Buck, Esq.
Nevada Bar No.12187
**THIERMAN BUCK LLP**
325 W. Liberty Street
Reno, NV 89501
Tel: (775) 284-1500
Fax: (775) 703-5027
Josh@thiermanbuck.com
Leah@thiermanbuck.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT

DATED: October 15, 2026

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **16th day of October, 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

By: *Phillip A. Silvestri, Esq.*
PHILLIP A. SILVESTRI